IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WILLIAM T. MAYFIELD**   **PLAINTIFF**
**#659228**

v.     No: 4:24-cv-00058-JM-PSH

**COOPER,** *et al.*   **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing Plaintiff's claims against defendants Cooper, Gilliam, Parsons, and Blaine are dismissed without prejudice.

DATED this 13th day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE